**Electronically Filed
Supreme Court
SCWC-15-0000569
16-FEB-2017
02:06 PM**

SCWC-15-0000569

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ALBERT BATALONA,
Petitioner and Respondent/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent and Petitioner/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000569; S.P.P. NO. 10-1-0096; CR. NO. 99-1549)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Respondent and Petitioner/Respondent-Appellee State of Hawaii's Application for Writ of Certiorari, filed on January 4, 2017, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, February 16, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

